TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-12-00528-CV






City of New Braunfels, Texas, Appellant


v.


Stop The Ordinances Please; W. W. GAF, Inc. d/b/a Rockin R River Rides; Texas Tubes;
Tourist Associated Businesses of Comal County; Union River LLC d/b/a Landa River
Trips; Chuck's Tubes; Waterpark Management, Inc.; Tri-City Distributors, LP; et al.,
Appellees






FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT

NO. C2007-0387B, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING





O R D E R


PER CURIAM


 Appellant, the City of New Braunfels, has filed a brief that complies neither with this
Court's order of September 11, 2012, nor the page limitations prescribed in the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 38.4; 38.1(d).

 Accordingly, the City of New Braunfels's brief is stricken.

 The City of New Braunfels is hereby ordered to file a brief in full compliance with
the Court's Order and the rules by Friday, October 5, 2012. Failure to file a fully compliant brief by
that date will result in dismissal of this appeal for want of prosecution. See Tex. R. App. 38.8(a);
38.9(a); 42.3(b); 42.3(c).

 It is ordered on September 28, 2012.


Before Justices Puryear, Pemberton and Henson